FILED IN OPEN COURT:
DATE: 9/15/2026
TIME: 10:45am
INITIALS: CAS

RECEIVED
AUG 27 2026
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **Crim. No.:** 26-I-015 |
| **vs.** | ) | **18 U.S.C. § 1709** |
| **JALIN JENKINS,** | ) | Case Number 2:26-cr-20345-1 MSN |
| **Defendant.** | ) | |

# INFORMATION

## COUNT 1
**(Theft of Mail by a USPS Employee)**

From on or about February 1, 2024, to on or about June 5, 2024, in the Western District of Tennessee, the defendant,

**JALIN JENKINS,**

a United States Postal Service employee, did embezzle, steal, abstract or remove personal and business checks contained in United States mail which had come into the defendant's possession intended to be conveyed by mail, all in violation of Title 18, United States Code, Section 1709.

**DATED: August 27, 2026**

DAVID DUNAVANT
Digitally signed by DAVID DUNAVANT
Date: 2026.08.26 15:52:44 -05'00'

**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**

RECEIVED

AUG 27 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No.:** 26-I-015 |
| | ) | |
| **vs.** | ) | **18 U.S.C. § 1709** |
| | ) | |
| **JALIN JENKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF PENALTIES**

The one-Count Information charges a Class D Felony in violation of Title 18, United States Code, Section 1709. The maximum penalty is a term of imprisonment of not more than five years, a fine of not more than $250,000, or both, a term of supervised release of not more than three years, and a mandatory special assessment of $100.00.